# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Crawford Coulter,<br>*Plaintiff*<br>v.<br>Commissioner Social Security Administration,<br>*Defendant* | )<br>)<br>) Civil Action No.  8:16-cv-00430-PMD<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy.

Date:  April 13, 2017                              *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/Ashley Buckingham, Deputy Clerk
                                                            *Signature of Clerk or Deputy Clerk*